UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RASHAD JOHNSON<br>　　　Plaintiff,<br><br>v.<br><br>IC SYSTEM, INC.,<br>　　　Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. CIV-23-617-J<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.　INTRODUCTION

1.　This is an action for actual and statutory brought by Plaintiff Rashad Johnson an individual consumer, against Defendant, IC System, Inc., ("ICS") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.　JURISDICTION AND VENUE

2.　Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Oklahoma City, Oklahoma County, Oklahoma, and the

1

conduct complained of occurred in Oklahoma City, Oklahoma County, Oklahoma.

### III.  PARTIES

3. Plaintiff Rashad Johnson (hereinafter "Mr. Johnson") is a natural person residing in Oklahoma City, Oklahoma County, Oklahoma. Mr. Johnson is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant IC System, Inc., is a Minnesota corporation with its principal place of business located at 444 Highway 96 E, Saint Paul, MN 55127.

5. Defendant IC System, Inc., is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's.

### IV.  FACTS OF THE COMPLAINT

6. Defendant IC System, Inc., (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. On or about May 17, 2023, Mr. Johnson applied for a mortgage and was denied.

8. On the report, the Mr. Johnson observed a trade line from Debt Collector.

9. Debt Collector furnished a trade line of $793, allegedly owned to Sprint.

10. Also on May 17, 2023, Plaintiff made a dispute via telephone, however on July 17, 2023 Plaintiff re-checked his credit reports and Debt Collectors had has several communications with the consumer reporting agencies and all Debt Collectors failed to communicate that the debt was disputed the Plaintiff disputed.

11. Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Mr. Johnson and caused severe humiliation, emotional distress, mental anguish and damage to his FICO scores.

## V. FIRST CLAIM FOR RELIEF
(Defendant IC System, Inc.,)
15 U.S.C. §1692e(8)

12. Mr. Johnson re-alleges and reincorporates all previous paragraphs as if fully set out herein.

13. The Debt Collector violated the FDCPA.

14. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that alleged debt was in dispute by Mr. Johnson.

15. As a result of the above violations of the FDCPA, the Defendant is liable to the Ms. Johnson actual damages, statutory damages and cost.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. Johnson respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

s/ Nkem A. House
Nkem A. House, OBA #21219
House Law Group
425 W. Wilshire Blvd., Ste. E
Oklahoma City, OK 73116
405.633.1709 (telephone)
houselawfirm@gmail.com (email)

ATTORNEY FOR PLAINTIFF