# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RASHAD JOHNSON, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-617-J |
| I.C. SYSTEM, INC., | ) ) ) |
|       Defendant. | ) ) |

## JUDGMENT

In accordance with the order entered in this case on this day, the Court ENTERS judgment in favor of Defendant I.C. System, Inc. and against Plaintiff Rashad Johnson.

IT IS SO ORDERED this 7th day of May, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE